# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2898

_____

| | | |
|---|---|---|
| Anthony Umekwe, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Eastern |
| Golden Years Manor, | * | District of Arkansas. |
| | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |
| | * | |

_____

Submitted: June 7, 2001
Filed: June 15, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Anthony Umekwe, an African-American male, appeals from the district court's[1] grant of summary judgment in favor of Golden Years Manor in his Title VII action. After de novo review, see Palesch v. Mo. Comm'n on Human Rights, 233 F.3d 560, 565-66 (8th Cir. 2000), we conclude the district court's judgment was correct for the reasons stated in its opinion. Accordingly, we affirm the judgment of the district court.

_____

[1]The Honorable Garnett Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.